Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




# MEMORANDUM OPINION

No. 04-11-00120-CV

**IN RE** David **RODRIGUEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice

Delivered and Filed: February 23, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On February 15, 2011, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2010-PC-2639, styled *In the Guardianship of Maria I. Rodriguez, An Incapacitated Person*, in the Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer presiding.